UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDGARDO SMITH
ORTEGA-ORDONEZ,

       *Petitioner*,

v.                                                               Case No. 3:26-cv-436-JEP-PDB

MARKWAYNE MULLIN, et al.,

       *Respondents.*

_____/

## **ORDER**

On June 4, 2026, the Court granted the petition and directed Respondents, within seven days of the Court's Order, to either afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release Petitioner. (Doc. 9). On June 10, 2026, the Federal Respondents filed a notice advising the Court that Petitioner received a bond hearing on May 29, 2026—about one week before the Court's Order—and the immigration judge denied bond, finding "Petitioner was a flight risk" because he is a "[r]ecent entrant with speculative relief before the Court." (Doc. 11 at 2). On June 11, 2026, Petitioner filed a motion to enforce the judgment, advising that Respondents failed to either provide Petitioner with a bond hearing or release him within seven days of the Court's Order as directed. (Doc. 12).

On June 24, 2026, the Court entered an order advising the Federal Respondents that the Court would not consider any request for relief submitted through a notice and directing them to respond to Petitioner's motion by June 29, 2026. (Doc. 14). According to the Federal Respondents, Petitioner's motion "should be denied because, at the time the Court entered the Order at issue, Petitioner had already received the relief granted therein[.]" (Doc. 15).

At the time the Court entered the June 4, 2026 Order, the Court was unaware that Petitioner had received a bond hearing because the parties inexplicably failed to update the Court on facts germane to the issues before it. Nevertheless, it appears the petition was moot prior to the Court's June 4, 2026 Order. Accordingly, it is **ORDERED**:

1. Petitioner's emergency motion to enforce (Doc. 12) is **TAKEN UNDER ADVISEMENT**.

2. By **August 5, 2026**, Petitioner shall show cause why the Court's June 4, 2026 Order (Doc. 9) and Judgment (Doc. 10) should not be vacated and the petition dismissed as moot.

**DONE AND ORDERED** in Jacksonville, Florida, on July 29, 2026.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

2

c:
Counsel of Record